IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

THOMAS D. ARTHUR, )
)
      Plaintiff, )
)
vs. ) Civil Action No. 2:07CV319-WKW
)
TROY KING, ATTORNEY GENERAL )
FOR THE STATE OF ALABAMA, )
in his official capacity, )
)
BRYCE GRAHAM, JR., DISTRICT )
ATTORNEY FOR COLBERT COUNTY, )
in his official capacity, )
)
RONNIE MAY, SHERIFF FOR )
COLBERT COUNTY, in his official capacity, )
)
M. DAVID BARBER, DISTRICT )
ATTORNEY FOR JEFFERSON COUNTY, )
in his official capacity, )
)
      Defendants. )

RECEIVED 2007 APR 12 P 3:04
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, a member of the Bar of this Court, moves this Honorable Court to admit *pro hac vice* the following attorneys who are members of the Bar of the State of New York and who are Members in Good Standing of the Bar of the United States District Court for the Southern District of New York:

Jordan Toumey Razza
SULLIVAN & CROMWELL, LLP
1701 Pennsylvania Ave NW
Washington, D.C. 20006-5805
TEL: 202-956-7500
FAX: 202-293-6330
razzaj@sullcrom.com

Jennifer Lise Parkinson
SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, NY 10004-2498
TEL: 212-558-4000
FAX: 212-558-3588
parkinsonj@sullcrom.com

Sara Linda Manaugh
SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, NY 10004-2498
TEL:  212-558-4000
FAX:  212-558-3588
manaughs@sullcrom.com

Suhana S. Han
SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, NY 10004-2498
TEL:  212-558-4000
FAX:  212-558-3588
hans@sullcrom.com

Attached to this Motion are Certificates of Good Standing from the Clerk of the United States District Court for the Southern District of New York, one for each of the above-mentioned attorneys.

**Wherefore,** for good cause shown, the undersigned moves this Honorable Court to admit *pro hac vice* for purposes of the above-captioned case, attorneys Jordan Toumey Razza, Jennifer Lise Parkinson, Sara Linda Manaugh, and Suhana S. Han.

_____
CHARLES E. VERCELLI, JR. (VER003)

OF COUNSEL:
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL:  334-834-8805
FAX:  334-834-8807
cvercelli@vercelli-law.com

### CERTIFICATE OF SERVICE

I certify that the foregoing Motion was filed in the United States District Court for the Middle District of Alabama along with the Complaint, and the Clerk is requested to serve copies of this Motion, by certified mail, return receipt requested, upon the Defendants by including this Motion with the Summons and Complaint.

_____
Of Counsel

530-07\M-Admit PHV.2.wpd

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, **J. Michael McMahon,** Clerk of this Court, certify that

**SUHANA S. HAN**, Bar # **SH2407**

was duly admitted to practice in this Court on

**NOVEMBER 20TH, 2000**, and is in good standing

as a member of the Bar of this Court.

Dated at 500 Pearl Street
New York, New York         on         APRIL 4TH, 2007

**J. Michael McMahon**         by         _(signature)_ Miranda
Clerk                                    Deputy Clerk

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, <u>J. Michael McMahon</u>, Clerk of this Court, certify that

<u>SARA LINDA MANAUGH</u>, Bar # <u>SM9626</u>

was duly admitted to practice in this Court on

<u>JUNE 30TH, 2004</u>, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York   on   APRIL 4TH, 2007

J. Michael McMahon          by  _[signature] Miranda_
Clerk                              Deputy Clerk

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, **J. Michael McMahon**, Clerk of this Court, certify that

**JENNIFER LISE PARKINSON**, Bar # **JP5722**

was duly admitted to practice in this Court on

**JUNE 15TH, 2003**, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
New York, New York   on   APRIL 4TH, 2007

J. Michael McMahon   by   [signature]
Clerk                       Deputy Clerk


# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, **J. Michael McMahon**, Clerk of this Court, certify that

**JORDAN TOUMEY RAZZA**, Bar # **JR5877**

was duly admitted to practice in this Court on

**SEPTEMBER 19TH, 2006**, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York   on   APRIL 4TH, 2007

**J. Michael McMahon**    by  *[signature]*
Clerk                         Deputy Clerk