AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Thomas D. Arthur

**SUMMONS IN A CIVIL ACTION**

V.

Troy King, Attorney General For The State
    Of Alabama, in his official capacity;
Bryce Graham, Jr., District Attorney for
    Colbert County, in his official capacity;
Ronnie May, Sheriff for Colbert County,
    in his official capacity;
M. David Barber, District Attorney for
    Jefferson County, in his official capacity.

CASE NUMBER: 2:07CV319-WKW

TO: (Name and address of Defendant)

M. David Barber
District Attorney
Tenth Judicial Circuit of Alabama
801 Richard Arrington Jr.
Boulevard North, Suite L-01
Birmingham, Alabama 35203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles E. Vercelli, Jr., Esquire
Vercelli & Associates, PC
1019 South Perry Street
Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 4/13/07

⬥AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Thomas D. Arthur

**SUMMONS IN A CIVIL ACTION**

V.

Troy King, Attorney General For The State
    Of Alabama, in his official capacity;
Bryce Graham, Jr., District Attorney for
    Colbert County, in his official capacity;
Ronnie May, Sheriff for Colbert County,
    in his official capacity;
M. David Barber, District Attorney for
    Jefferson County, in his official capacity.

CASE NUMBER: 2:07CV319-WKW

TO: (Name and address of Defendant)

Ronnie May
Sheriff
Colbert County Sheriff's Department
201 N. Main St.
Tuscumbia, Alabama 35674

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles E. Vercelli, Jr., Esquire
Vercelli & Associates, PC
1019 South Perry Street
Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 4/13/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Thomas D. Arthur

**SUMMONS IN A CIVIL ACTION**

V.

Troy King, Attorney General For The State
    Of Alabama, in his official capacity;
Bryce Graham, Jr., District Attorney for
    Colbert County, in his official capacity;
Ronnie May, Sheriff for Colbert County,
    in his official capacity;
M. David Barber, District Attorney for
    Jefferson County, in his official capacity.

CASE NUMBER:

2:07CV319-WKW

TO: (Name and address of Defendant)

Bryce U. Graham, Jr.
District Attorney
Post Office Box 534
Tuscumbia, AL  35674

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles E. Vercelli, Jr., Esquire
Vercelli & Associates, PC
1019 South Perry Street
Montgomery, Alabama  36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 4/13/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Thomas D. Arthur

**SUMMONS IN A CIVIL ACTION**

V.

Troy King, Attorney General For The State
    Of Alabama, in his official capacity;
Bryce Graham, Jr., District Attorney for
    Colbert County, in his official capacity;
Ronnie May, Sheriff for Colbert County,
    in his official capacity;
M. David Barber, District Attorney for
    Jefferson County, in his official capacity.

CASE NUMBER: 2:07CV319-WKW

TO: (Name and address of Defendant)

    Troy King
    Alabama Attorney General
    Alabama State House
    11 South Union Street, Third Floor
    Montgomery, Alabama 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Charles E. Vercelli, Jr., Esquire
    Vercelli & Associates, PC
    1019 South Perry Street
    Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 4/13/07