| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Edwina Johnson*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>Edwina Johnson |
| 1. Article Addressed to:<br><br>M. David Barber, Esq.<br>District Attorney<br>Tenth Judicial Circuit of Alabama<br>801 Richard Arrington Jr. Blvd. N.<br>Suite L-01<br>Birmingham, AL 35203 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>2:07CV319 STC<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7002 0860 0000 8550 4937 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540