IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THOMAS D. ARTHUR,                          )
                                           )
       Plaintiff,                   )
                                           )
v.                                         )       CASE NO. 2:07-cv-319-WKW
                                           )
TROY KING, *et al.*,                       )
                                           )
       Defendant.                   )
                                           )

## ORDER

Before the court is Charles E. Vercelli, Jr.'s Motion for Admission Pro Hac Vice (Doc. # 2) of Jordan Toumey Razza, Jennifer Lise Parkinson, Sara Linda Manaugh, and Suhana S. Han.  Upon due consideration it is ORDERED that the motion is GRANTED.

DONE this 18th day of April, 2007.

               /s/   W.  Keith Watkins
              UNITED STATES DISTRICT JUDGE