IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **THOMAS D. ARTHUR** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| | ) CASE NO. 2:07-CV-319-WKW |
| **TROY KING, ET AL.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW the Defendant David Barber, by and through the undersigned counsel, and respectfully moves this Court for a 14 day enlargement of time in which to file a responsive pleading in this cause and for grounds states as follows:

1. The only served defendant at this time is David Barber. The undersigned will also represent Troy King and Bryce Graham, Jr. when they have been properly served.

2. In the interest of judicial economy, the undersigned requests 14 additional days in which to file a responsive pleading on behalf of Defendants Barber, King and Graham.

3. No party will be prejudiced by the granting of this enlargement.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL


/s/ *J. Clayton Crenshaw*
J. Clayton Crenshaw
Assistant Attorney General

/s/ *Benjamin H. Albritton*
Benjamin H. Albritton
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of May 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  The Clerk of Court will send notification of this filing to the following parties:

Charles E. Vercelli, Jr., Esq.

Jordan Toumey Razza, Esq.

Suhana S. Han, Esq.

Sultana L. Bennett, Esq.

/s/ *Benjamin H. Albritton*
Benjamin H. Albritton
Assistant Attorney General

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7300
334-242-2433 (Fax)