IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS D. ARTHUR, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-cv-319-WKW |
| | ) |
| TROY KING, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

Upon consideration of defendant David Barber's Motion for Enlargement of Time (Doc. # 6), it is ORDERED that the motion is GRANTED. Defendant Barber shall file a responsive pleading in this matter on or before **May 21, 2007**.

DONE this 7th day of May, 2007.

                                                 /s/  W.  Keith Watkins
                                               UNITED STATES DISTRICT JUDGE