IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| THOMAS D. ARTHUR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:07-cv-319-WKW |
| | ) |
| TROY KING, ATTORNEY GENERAL | ) |
| FOR THE STATE OF ALABAMA, | ) |
| in his official capacity, | ) |
| | ) |
| BRYCE GRAHAM, JR., DISTRICT | ) |
| ATTORNEY FOR COLBERT COUNTY, | ) |
| in his official capacity, | ) |
| | ) |
| RONNIE MAY, SHERIFF FOR | ) |
| COLBERT COUNTY, in his official capacity, | ) |
| | ) |
| M. DAVID BARBER, DISTRICT | ) |
| ATTORNEY FOR JEFFERSON COUNTY, | ) |
| in his official capacity, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR ADMISSION PRO HAC VICE**

The undersigned, a member of the Bar of this Court, moves this Honorable Court to admit *pro hac vice* the following attorney, who is a member of the Bar of the State of New York and a Member in Good Standing of the Bar of the United States District Court for the Southern District of New York:

Sultana Lily-Rose Bennett
125 Broad Street
New York, NY 10004-2498
 TEL:   212-558-4000
 FAX:   212-558-3588
 bennetts@sullcrom.com

Attached to this Motion is a Certificate of Good Standing from the Clerk of the United States District Court for the Southern District of New York.

**Wherefore**, for good cause shown, the undersigned moves this Honorable Court to admit *pro hac vice* for purposes of the above-captioned case, attorney Sultana Lily-Rose Bennett.

/s/ C.E. Vercelli, Jr.
**CHARLES E. VERCELLI, JR.** (VER003)

**OF COUNSEL:**

| | |
|---|---|
| VERCELLI & ASSOCIATES, P.C. | Jordan Toumey Razza |
| 1019 S. Perry Street | SULLIVAN & CROMWELL, LLP |
| Montgomery, AL 36104-5049 | 1701 Pennsylvania Ave NW |
| TEL:  334-834-8805 | Washington, D.C.  20006-5805 |
| FAX:  334-834-8807 | TEL:  202-956-7500 |
| cvercelli@vercelli-law.com | FAX:  202-293-6330 |
| | razzaj@sullcrom.com |
| | |
| Jennifer Lise Parkinson | Sara Linda Manaugh |
| SULLIVAN & CROMWELL, LLP | SULLIVAN & CROMWELL, LLP |
| 125 Broad Street | 125 Broad Street |
| New York, NY 10004-2498 | New York, NY 10004-2498 |
| TEL:  212-558-4000 | TEL:  212-558-4000 |
| FAX:  212-558-3588 | FAX:  212-558-3588 |
| parkinsonj@sullcrom.com | manaughs@sullcrom.com |

Suhana S. Han
SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, NY 10004-2498
TEL:  212-558-4000
FAX:  212-558-3588
hans@sullcrom.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of May, 2007, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

J. Clayton Crenshaw &
Benjamin H. Albritton
Assistant Attorneys General
Office of the Attorney General
State of Alabama
11 South Union Street
Montgomery, AL  36130-0152
334-242-7300
334-242-2433 (fax)

   /s/ C.E.Vercelli, Jr.
Of Counsel

530-07\M-Admit Bennet PHV.2.wpd

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__SULTANA LILY-ROSE BENNETT__, Bar # __SB1980__

was duly admitted to practice in this Court on

__FEBRUARY 27th, 2007__, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York     on   MAY 11th, 2007

**J. MICHAEL McMAHON**
Clerk

by: _____
Deputy Clerk