IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS D. ARTHUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-319-WKW |
| | ) | |
| TROY KING, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

Before the court is Charles E. Vercelli, Jr.'s Motion for Admission Pro Hac Vice (Doc. # 10) of Sultana Lily-Rose Bennett. It is ORDERED that the motion is GRANTED.

DONE this 24th day of May, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE