IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

-------------------------------------------------------x
:
:
:
THOMAS D. ARTHUR, :
:
Plaintiff, :
v. :
: NO. 2:07-cv-319-WKW
:
TROY KING, ATTORNEY GENERAL :
FOR THE STATE OF ALABAMA, : **NOTICE OF APPEAL**
in his official capacity, :
:
BRYCE U. GRAHAM, JR., DISTRICT :
ATTORNEY FOR COLBERT COUNTY, :
in his official capacity, :
:
RONNIE MAY, SHERIFF FOR :
COLBERT COUNTY, :
in his official capacity, :
:
M. DAVID BARBER, DISTRICT :
ATTORNEY FOR JEFFERSON COUNTY, :
in his official capacity, :
:
Defendants. :
:
-------------------------------------------------------x

      Notice is hereby given that THOMAS D. ARTHUR, plaintiff in the above-named case, appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment entered in this action granting defendants' motion to dismiss the complaint.

Dated: August 21, 2007

                                                /s/ Suhana S. Han
                                                Suhana S. Han
                                                Sara L. Manaugh
                                                Jordan T. Razza
                                                Sultana L. Bennett
                                                125 Broad Street
                                                New York, New York 10004

2

        Phone:  (212) 558-4000
        Fax:  (212) 558-3588
        E-mail:    hans@sullcrom.com
                    manaughs@sullcrom.com
                    razzaj@sullcrom.com
                    bennetts@sullcrom.com