```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000228
Cashier ID: khaynes
Transaction Date: 08/27/2007
Payer Name: SULLIVAN AND CROMWELL LLP
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: SULLIVAN AND CROMWELL LLP
 Case/Party: D-ALM-2-07-CV-000319-001
 Amount:         $455.00
----------------------------------------
CHECK
 Check/Money Order Num: 158452
 Amt Tendered: $455.00
----------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

KING V. ARTHUR ET AL
```