IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

-------------------------------------------------------x
:
:
THOMAS D. ARTHUR, :
:
                Plaintiff, :
    v. :
: NO. 2:07-cv-319-WKW
TROY KING, ATTORNEY GENERAL :
FOR THE STATE OF ALABAMA, : **AMENDED NOTICE OF APPEAL**
in his official capacity, :
:
BRYCE U. GRAHAM, JR., DISTRICT :
ATTORNEY FOR COLBERT COUNTY, :
in his official capacity, :
:
RONNIE MAY, SHERIFF FOR :
COLBERT COUNTY, :
in his official capacity, :
:
M. DAVID BARBER, DISTRICT :
ATTORNEY FOR JEFFERSON COUNTY, :
in his official capacity, :
:
                Defendants. :
:
-------------------------------------------------------x

       Notice is hereby given that THOMAS D. ARTHUR, plaintiff in the above-named case, appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment entered in this action on August 17, 2007 granting defendants' motion to dismiss the complaint and from the judgment entered in this action on August 30, 2007 denying the motion to alter or amend the judgment.

Dated: August 31, 2007

                                            /s/ Suhana S. Han
                                            Suhana S. Han
                                            Sara L. Manaugh
                                            Jordan T. Razza
                                            Sultana L. Bennett
                                            125 Broad Street

        New York, New York 10004
Phone: (212) 558-4000
Fax: (212) 558-3588
E-mail:   hans@sullcrom.com
           manaughs@sullcrom.com
           razzaj@sullcrom.com
           bennetts@sullcrom.com

2