UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

*[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK AUG 2 4 2007 ATLANTA, GA.]*

*[Stamp: RECEIVED 2007 AUG 30 A 9: 32 DEBRA P. HACKETT, CLERK U.S. DISTRICT COURT MIDDLE DISTRICT ALA]*

August 22, 2007

Mr. THOMAS K. KAHN, CLERK
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW
ATLANTA, GA 30303

USDC NO. CV-07-W-319-N
USCA NO. 07-13933 P

THOMAS D. ARTHUR VS. TROY KING, ET AL.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed

- X  Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
- X  First Notice of Appeal: X Yes, __ No    Date(s) of Other Notice_____
- Was there a hearing from which a transcript could be made:
- __Yes, The Court Reporter(s) is/are
- X  No                          Date of Hearing(s):_____
- THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
- __IFP_; and/or APPEALABILITY/CPC is pending in this Court.
- Court Appointed Counsel/CJA; __Yes; __No; Copy of Order Enclosed:
- X  The Appellate docket fee has been paid;__Yes, X No:__Date, Receipt#_____
- __Appellant has been __GRANTED;___
- __DENIED IFP, Copy of Order enclosed.
- __Appellant has been __GRANTED;__DENIED CPC/APPEALABILITY, Copy of Order enclosed.
- __Appeal Bond,___ Supersedeas Bond
- X  The District Judge or Magistrate Judge appealed from is Hon: WILLIAM KEITH WATKINS
- ___This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
- X  This is a DEATH PENALTY a_____
- ___ Certified record on appeal consisting of:
  - __Volume(s) of Pleadings,___ Volume(s) of Transcripts,
  - __ SEALED ITEMS, ie. __ PSI(s)____; OTHER____; TAPE(s)____
  - __ Exhibits:
  - __Volume (s) of Original Papers

cc:                                                Sincerely,

                                                   DEBRA P. HACKETT, CLERK

                                                   By: *[signature: Yolonda Williams]*
                                                   Deputy Clerk