RECEIVED
2001 SEP 27 A 9:04
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE MIDDLE DISTRICT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THOMAS ARTHUR,

    Petitioner,

v.                                   2:07CV 319-WKW

TROY KING,

    Respondent,

## MOTION FOR PRELIMINARY INJUNCTION TO PRESERVE DNA AND ALL FORENSIC CRIME SCENE EVIDENCE AND MATERIALS

Comes now, Debbie Murphree, on behalf of herself, as a citizen of Alabama and also on behalf of the Citizens of Alabama, to motion for this court to preserve all crime scene material and evidence, including DNA, OF THOMAS ARTHUR, for future court proceedings. As a tax paying citizen of the State of Alabama, I, Debbie Murphree, and the Citizens of Alabama, have the right to know the truth as to whether Thomas Arthur is guilty or not. DNA testing would aide in clearing this matter up.

                                   Debbie Murphree

                                   1981 Amber Rose Drive
                                   Prattville, Ala. 36067
                                   334-365-3617

## CERTIFICATE OF SERVICE

Comes now, Debbie Murphree, Petitioner on behalf of herself, as a citizen of Alabama and do state that I have served a copy of this Motion for Preliminary Injunction, to the Alabama Attorney General, Troy King, hand delivered, to his office, on this day, the 27th of September, 2007.

Debbie Murphree

*Debbie Murphree* (signature)

1981 Amber Rose Drive
Prattville, Ala. 36067
334-365-3617