# United States Court of Appeals
## For the Eleventh Circuit

RECEIVED
2007 OCT 26 A 9:44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

No. 07-13933

District Court Docket No.
07-00319-CV-WKW

| FILED |
| --- |
| U.S. COURT OF APPEALS |
| ELEVENTH CIRCUIT |
| Sep 21, 2007 |
| THOMAS K. KAHN |
| CLERK |

THOMAS D. ARTHUR,

Plaintiff-Appellant,

versus

TROY KING,
Attorney General for the State of
Alabama, in his official capacity,
BRYCE U. GRAHAM, JR.,
District Attorney for Colbert
County, in his official capacity,
RONNIE MAY,
Sheriff for Colbert County,
in his official capacity,
M. DAVID BARBER,
District Attorney for Jefferson
County, in his official capacity,

Defendants-Appellees.

---

Appeal from the United States District Court
for the Middle District of Alabama

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference is entered as the judgment of this Court.

Entered: September 21, 2007
For the Court: Thomas K. Kahn, Clerk
By: Harper, Toni

ISSUED AS MANDATE
OCT 2 3 2007
U.S. COURT OF APPEALS
ATLANTA, GA

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit
By: [signature]
Deputy Clerk
Atlanta, Georgia

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 23, 2007

RECEIVED
2007 OCT 26  A 9: 44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-13933-P**
Case Style: Thomas D. Arthur v. Troy King
District Court Number: 07-00319 CV-WKW

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Joyce Pope (404) 335-6200

Encl.

MDT-1 (06/2006)

RECEIVED

2007 OCT 26  A 9: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

October 23, 2007

**Appeal Number: 07-13933-P**
Case Style: Thomas D. Arthur v. Troy King
District Court Number: 07-00319 CV-WKW

TO:   Debra P. Hackett

CC:   Suhana S. Han

CC:   Jasper Beroujon Roberts, Jr.

CC:   Administrative File